UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JASON M. CHARTIER AND BRONSON HEALTH CARE GROUP, INC.,

    Plaintiffs,

vs.

LIBERTY MUTUAL INSURANCE  COMPANY; LIBERTY MUTUAL FIRE INSURANCE COMPANY; LIBERTY INSURANCE CORPORATION; THE FIRST LIBERTY INSURANCE CORPORATION; LIBERTY INSURANCE UNDERWRITERS; INC.; SAFECO INSURANCE COMPANY OF ILLINOIS; LM GENERAL INSURANCE COMPANY; LM INSURANCE CORPORATION, LIBERTY MUTUAL PERSONAL INSURANCE COMPANY;  LIBERTY PERSONAL INSURANCE COMPANY; SAFECO INSURANCE COMPANY OF AMERICA;  AMERICAN ECONOMY INSURANCE COMPANY; AND LM PROPERTY AND CASUALTY INSURANCE COMPANY,

    Defendants.
_____/

Case No:
Hon.

Removed from Kalamazoo County Circuit Court
Case No.:  23-0487-NF

| | |
|---|---|
| MILLER JOHNSON<br>RYAN P. DUFFY (P75178)<br>CHRISTOPHER N. RORK (P65322)<br>Attorneys for Plaintiffs<br>45 Ottawa Avenue, S.W., Suite 1100<br>P.O. Box 306<br>Grand Rapids, MI  49501-0306<br>(616) 831-1700<br>duffyr@millerjohnson.com | COLLINS EINHORN FARRELL PC<br>MATTHEW S. LABEAU (P69730)<br>Attorney for Defendants<br>4000 Town Center, 9th Floor<br>Southfield, MI  48075<br>(248) 355-4141<br>Matthew.labeau@ceflawyers.com<br>Julie.staley@ceflawyers.com |

_____/

**NOTICE OF REMOVAL**

The Defendants, LIBERTY MUTUAL INSURANCE COMPANY, LIBERTY MUTUAL FIRE INSURANCE COMPANY, LIBERTY INSURANCE CORPORATION, THE FIRST LIBERTY INSURANCE CORPORATION, LIBERTY INSURANCE UNDERWRITERS, INC., SAFECO INSURANCE COMPANY OF ILLINOIS, LM GENERAL INSURANCE COMPANY, LM INSURANCE CORPORATION, LIBERTY MUTUAL PERSONAL INSURANCE COMPANY, LIBERTY PERSONAL INSURANCE COMPANY, SAFECO INSURANCE COMPANY OF AMERICA, AMERICAN ECONOMY INSURANCE COMPANY, and LM PROPERTY AND CASUALTY INSURANCE COMPANY, (hereinafter referred to as "Defendants Liberty Mutual,") by and through their attorneys, COLLINS EINHORN FARRELL PC, files this Notice of Removal of this action from the 9th Circuit Court of the State of Michigan, County of Kalamazoo, Case No.: 23-0487-NF, where it is currently pending, to the United States District Court, Western District of Michigan. As grounds for removal of this action, Defendants state as follows:

1. On August 31, 2023, Plaintiffs, JASON M. CHARTIER and BRONSON HEALTH CARE GROUP, INC., filed this action against

Defendants Liberty Mutual for first-party no-fault benefits in the 9th Circuit Court for the State of Michigan, County of Kalamazoo, captioned: *Jason M. Chartier and Bronson Health Care Group, Inc. v Liberty Mutual Insurance Company, et al,* Case No: 23-0487-NF. A copy of the Summonses and Complaint served upon Defendants Liberty Mutual is attached as Attachment A.

2. Pursuant to 28 U.S.C. § 1441 and 28 U.S.C. § 1332, Defendants Liberty Mutual remove the state court action to this Court, which is the Federal Judicial District in which the State Court action should be pending.

3. Removal of the state court action is proper under 28 U.S.C. § 1441 based upon the diversity jurisdiction of the Court as the amount in controversy is in excess of $75,000, and the action is between citizens of different states. 28 U.S.C. §1332.

4. Plaintiffs' Complaint specifically state in their request for relief that they are seeking damages in excess of $75,000. *See* Attachment A.

5. This Notice of Removal is proper and timely pursuant to 28 U.S.C. § 1446(b)(1) because this Notice of Removal has been filed within 30 days after receipt by the Defendants of a copy of the initial pleadings setting forth the claim for relief upon which this action is based.

6. Plaintiff Chartier a resident of the County of Barry, State of Michigan. Plaintiff Bronson Health Care Group conducts business in the County of Kalamazoo, State of Michigan. (see Attachment A).

7. For purposes of diversity jurisdiction, "A corporation shall be deemed to be a citizen of every foreign state by which it has been incorporated and of the state or foreign state where it has its principal place of business…" 28 U.S.C. §1332(c)(1). Defendants Liberty have principal places of business in the States of Massachusetts, Wisconsin, Illinois, New Hampshire, and Indiana. They are incorporated pursuant to the laws of the State of Massachusetts.

8. Therefore, complete diversity exists between the parties pursuant to 28 U.S.C. §1332(a)(1).

9. The venue for removal is proper in this district and division under 28 U.S.C. §1441(a) because this district and division embrace the 9th Circuit Court for the County of Kalamazoo, the forum in which the removed action was pending.

10. A copy of the notification of filing Notice of Removal has been filed with the 9th Circuit Court for the County of Kalamazoo and served upon all parties of record. Attachment B.

WHEREFORE, Defendants Liberty Mutual respectfully request that this matter be removed from the 9th Circuit Court for the County of Kalamazoo, to the United States District Court for the Western District of Michigan, Southern Division.

          Respectfully submitted,

          COLLINS EINHORN FARRELL PC

BY:   */s/ Matthew S. LaBeau*
       Matthew S. LaBeau (P69730)
       Attorney for Defendants
       4000 Town Center, 9th Floor
       Southfield, MI 48075
       (248) 355-4141

Dated:  October 12, 2023

## CERTIFICATE OF SERVICE

I, Matthew S. LaBeau, certify that on October 12, 2023, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to *all ECF participants*.

          */s/ Matthew S. LaBeau*
          COLLINS EINHORN FARRELL PC
          MATTHEW S. LABEAU (P55258)
          Matthew.labeau@ceflawyers.com

Dated: October 12, 2023

## CERTIFICATE OF COMPLIANCE

I, Matthew S. LaBeau, certify that this document complies with Local Rule 5.1(a), including: double-spaced (except for quoted materials and footnotes); at least one-inch margins on the top, sides, and bottom; consecutive page numbering; and type size of all text and footnotes that is no smaller than 10 1/2 characters per inch (for non-proportional fonts) or 14 point (for proportional fonts). I also certify that it is the appropriate length. Local Rule 7.1(d)(3).

Dated: October 12, 2023

*/s/ Matthew S. LaBeau*
COLLINS EINHORN FARRELL PC
MATTHEW S. LABEAU (P69730)
Matthew.Labeau@ceflawyers.com