UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JASON M. CHARTIER AND BRONSON
HEALTH CARE GROUP, INC.,

    Plaintiffs,

Case No: 1:23-cv-1087
Hon. Jane M. Beckering

vs.

LIBERTY MUTUAL INSURANCE  COMPANY;
LIBERTY MUTUAL FIRE INSURANCE COMPANY;
LIBERTY INSURANCE CORPORATION; THE
FIRST LIBERTY INSURANCE CORPORATION;
LIBERTY INSURANCE UNDERWRITERS,
INC.; SAFECO INSURANCE COMPANY OF
ILLINOIS; LM GENERAL INSURANCE
COMPANY; LM INSURANCE CORPORATION;
LIBERTY MUTUAL PERSONAL INSURANCE
COMPANY;  LIBERTY PERSONAL INSURANCE
COMPANY; SAFECO INSURANCE COMPANY
OF AMERICA;  AMERICAN ECONOMY
INSURANCE COMPANY; AND LM PROPERTY
AND CASUALTY INSURANCE COMPANY,

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

    Defendants.
_____/

| | |
|---|---|
| MILLER JOHNSON | COLLINS EINHORN FARRELL PC |
| RYAN P. DUFFY (P75178) | MATTHEW S. LABEAU (P69730) |
| CHRISTOPHER N. RORK (P65322) | Attorney for Defendants |
| Attorneys for Plaintiffs | 4000 Town Center, 9th Floor |
| 45 Ottawa Avenue, S.W., Suite 1100 | Southfield, MI  48075 |
| P.O. Box 306 | (248) 355-4141 |
| Grand Rapids, MI  49501-0306 | Matthew.labeau@ceflawyers.com |
| (616) 831-1700 | Julie.staley@ceflawyers.com |
| duffyr@millerjohnson.com | |

_____/

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

At a session of said Court held in the
United States District Court,
Western District of Michigan, Southern Division

on_____

PRESENT: HON._____
U.S. DISTRICT COURT JUDGE

This matter having come before this Honorable Court upon Stipulation of the parties, Notice of Hearing being waived, and the Court being otherwise fully advised in the premises:

IT IS HEREBY ORDERED that Plaintiff's claims against all Defendants are dismissed with prejudice and without interest, costs, or attorney fees to either party.

This is a final Order and closes the case.

                                                     U.S. DISTRICT JUDGE

I hereby stipulate to the entry of this Order:

*/s/Christopher N. Rork (w/consent)*      */s/Matthew S. LaBeau*

MILLER JOHNSON                    MATTHEW S. LABEAU (P69730)
RYAN P. DUFFY (P75178)         Attorney for Defendants
CHRISTOPHER N. RORK (P65322)
Attorneys for Plaintiffs

| | |
|---|---|
| **From:** | Rork, Christopher N. <rorkc@millerjohnson.com> |
| **Sent:** | Friday, January 26, 2024 2:31 PM |
| **To:** | Julie A. Staley |
| **Cc:** | Duffy, Ryan P.; Matthew S. LaBeau |
| **Subject:** | RE: Bronson & Chartier v Safeco [IMAN-MJ_DMS.FID2729044] |

You may add my signature.  Please send us a copy of the entered order when it is returned from the Court.  Thank you.

**Christopher N. Rork**
Attorney at Law
**Miller Johnson**
100 West Michigan Avenue, Suite 200, Kalamazoo MI 49007
O: 269.226.2955 | rorkc@millerjohnson.com | vcard

---

**From:** Julie A. Staley <Julie.Staley@Ceflawyers.com>
**Sent:** Friday, January 26, 2024 1:12 PM
**To:** Rork, Christopher N. <rorkc@millerjohnson.com>
**Cc:** Duffy, Ryan P. <duffyr@millerjohnson.com>; Matthew S. LaBeau <Matthew.LaBeau@Ceflawyers.com>
**Subject:** Bronson & Chartier v Safeco

Mr. Rork:

Please see the attached proposed Stipulated Order of Dismissal.  Please let me know if we may sign your name and enter it with the Court.  Thank you.

1